IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-mj-00054-NYW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  BRADLEY BUNN,

        Defendant.

## ORDER TO RESTRICT DOCUMENT

This matter is before the Court on the Government's Motion to Restrict Complaint and Complaint Affidavit and Unrestrict a Redacted Version of the Complaint and Complaint Affidavit. Upon consideration and for good cause shown,

IT IS ORDERED that the Complaint and Complaint Affidavit in *United States v. Bradley Bunn*, which was filed on May 2, 2020 but is not yet docketed, are hereby restricted until further order by the Court.

IT IS ORDERED that said Documents are hereby at a "Level 2 Restriction" and will be viewable by the filing party and the court only.

IT IS FURTHER ORDERED that the redacted Complaint and Complaint Affidavit and Arrest Warrant that were attached to the government's motion are unrestricted.

IT IS SO ORDERED on this __3d__ day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO