# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| BRADLEY BUNN | ) Case No. 20-mj-00054-NYW |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about May 1, 2020, in the State and District of Colorado, the defendant, BRADLEY BUNN, knowingly possessed a firearm, specifically, a destructive device as defined in Title 18 United States Code, Section 5845(a)(8) and 5845(f), which was not registered to him in the National Firearms Registration and Transfer Record.

| *Code Section* | *Offense Description* |
|---|---|
| 26 U.S.C. §§ 5841, 5845, 5861(d), and 5871 | Possessing Unregistered Firearms |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
*Complainant's signature*

▬▬▬▬▬▬▬▬▬▬▬ SA, FBI
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: **02 May 2020**

City and state: Denver, Colorado

*Judge's signature*
Nina Y. Wang
United States Magistrate Judge
*Printed name and title*