IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-mj-00054-NYW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  BRADLEY BUNN,

        Defendant.

---

## ORDER TO RESTRICT DOCUMENT

---

This matter is before the Court on the Unopposed Motion to Restrict Document.  Upon consideration and for good cause shown,

IT IS ORDERED that the Document filed at ECF # 17 and the Brief filed in support of the Unopposed Motion to Restrict Document (ECF # 19) are hereby restricted until further order by the Court.

IT IS ORDERED that said Documents are hereby at a "Level 1 Restriction" and will be viewable by the parties and the court only.

        IT IS SO ORDERED on this _____ day of May, 2020.


        _____
        UNITED STATES MAGISTRATE JUDGE
        DISTRICT OF COLORADO