## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-158 CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  BRADLEY BUNN

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about and between January 6, 2020 and May 1, 2020, in the State and District of Colorado, the defendant, BRADLEY BUNN, knowingly made, and attempted to make, a firearm, specifically a destructive device as defined in Title 26, United States Code, Sections 5845(a)(8) and 5845(f), in violation of Title 26, United States Code, Sections 5821, 5822, 5841, and 5842(c).

All in violation of Title 26, United States Code, Sections 5861(f) and 5871.

### COUNT 2

On or about May 1, 2020, in the State and District of Colorado, the defendant, BRADLEY BUNN, knowingly possessed a firearm, specifically a destructive device as

defined in Title 26, United States Code, Sections 5845(a)(8) and 5845(f), which was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT 3

On or about May 1, 2020, in the State and District of Colorado, the defendant, BRADLEY BUNN, knowingly possessed a firearm, specifically a destructive device as defined in Title 26, United States Code, Sections 5845(a)(8) and 5845(f), which was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT 4

On or about May 1, 2020, in the State and District of Colorado, the defendant, BRADLEY BUNN, knowingly possessed a firearm, specifically a destructive device as defined in Title 26, United States Code, Sections 5845(a)(8) and 5845(f), which was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT 5

On or about May 1, 2020, in the State and District of Colorado, the defendant, BRADLEY BUNN, knowingly possessed a firearm, specifically a destructive device as defined in Title 26, United States Code, Sections 5845(a)(8) and 5845(f), which was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

A TRUE BILL:

<u>Ink Signature on File in the Clerk's Office</u>
FOREPERSON

JASON R. DUNN
United States Attorney

By: <u>*s/ David Tonini*</u>
David Tonini
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  David.Tonini@usdoj.gov
Attorney for Government