| DEFENDANT: | BRADLEY BUNN |
|---|---|
| AGE/YOB: | 54 / 1966 |
| COMPLAINT FILED? | __X__ Yes  _____ No |
| | If Yes, MAGISTRATE CASE NUMBER __20-mj-00054-NYW__ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | _X_ Yes  __ No |
| | If No, a new warrant is required |
| OFFENSE(S): | Count 1:  26 U.S.C. § 5861(f) and 5871 (Making Firearms in Violation of the National Firearms Act – Destructive Device) |
| | Counts 2-5:  26 U.S.C. § 5841, 5861(d), and 5871 (Possessing an Unregistered Firearm – Destructive Device) |
| LOCATION OF OFFENSE: | Larimer County, Colorado |
| PENALTY: | Counts 1-5:  NMT 10 years' imprisonment, NMT $10,000 fine or both; NMT 3 years supervised release; $100 Special Assessment. |
| AGENT: | Benjamin S. Harris<br>Special Agent, FBI |
| AUTHORIZED BY: | David Tonini<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_X_ five days or less; ___ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)(E).

The statutory presumption of detention is not applicable to this defendant.

1