IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:20-cr-00158-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. BRADLEY BUNN,

        Defendant.

## UNOPPOSED MOTION TO RESTRICT DOCUMENT

The United States of America, by undersigned counsel, respectfully moves the Court to restrict the Document filed at ECF # 48, and the Brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 1" Restriction which would make the Document and the Brief filed in support of this motion, "viewable to the parties and the court" only.

Dated this 19th day of June, 2020.

        JASON R. DUNN
        United States Attorney

        *s/ David Tonini*
        Assistant United States Attorney
        United States Attorney's Office
        1801 California St, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Email: David.Tonini@usdoj.gov
        Attorneys for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2020, I electronically filed the foregoing **UNOPPOSED MOTION TO RESTRICT DOCUMENTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

**Defense Attorney:**
Matt Golla

                                          *s/ David Tonini*
                                          By: David Tonini
                                          Assistant U.S. Attorney