IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00158-CMA

**UNITED STATES OF AMERICA,**

 Plaintiff,

**v**.

1. **BRADLEY BUNN,**

 Defendant.

---

**MOTION TO STRIKE ECF DOC. #90, FILED IN VIOLATION OF FEDERAL RULES OF CRIMINAL PROCEDURE AND COURT'S PRACTICE STANDARDS**

---

 Defendant, Bradley Bunn, by and through his counsel, Lisa A. Polansky, Attorney at Law, moves this Honorable Court to strike ECF Doc. #90, filed in violation of the Federal Rules of Criminal Procedure, and this Honorable Court's Practice Standards.

 In support of which, Mr. Bunn submits the following:

 1. Mr. Bunn is scheduled to be sentenced by this Court on October 13, 2021, at 10:00 AM.

 2. Fed. R. Crim. P. 32(f)(1) provides that: "Within 14 days after receiving the presentence report, the parties must state in writing any objections, including objections to material information, sentencing guideline ranges, and policy statements contained in or omitted from the report."

 3. This Court's Criminal Practice Standards provide that "Sentencing-related

motions or statements must be filed no later than 14 days before the sentencing hearing. Responses or objections to the opposing party's filings MUST be filed no later than seven days before the scheduled Sentencing Hearing. Additionally, failure to file a response to the opposing party's sentencing statement or motion(s) will be construed as a concession of the relief requested by the opposing party. <u>The above deadlines do not in any way alter or affect deadlines for the filing of objections or other pleadings established pursuant to Fed. R. Crim. P. 32</u>." CMA Crim. Practice Standard 11(c)(2) (emphasis added).

4.  On April 28, 2021, the initial Presentence Report was filed by United States Probation. ECF Doc. # 81.

5.  On May 9, 2021. Mr. Bunn, through counsel, timely filed his Objections thereto, ECF Doc. # 84.

6.  The Government did not file any Objections within the fourteen-day period fixed by the Rule.

7.  On May 21, 2021, in compliance with Fed. R. Crim. P. 32(g), the United States Probation Office submitted to "the court and to the parties the presentence report and an addendum containing any unresolved objections, the grounds for those objections, and the probation officer's comments on them." ECF Doc. # 86 and # 87.

8.  On September 22, 2021, the Government filed a document entitled "GOVERNMENT'S RESSPONSE TO DEFEDNANT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT" at ECF Doc. #90.

9.  This filing is not authorized by the Federal Rules of Criminal Procedure, nor the Court's Practice Standards.

10. The only entity which responds to a party's objections to the PSIR is United States Probation, and that entity did so in filing its finalized report on May 21, 2021.

11. There is no authority for the Government's filing of "responses" to Mr. Bunn's Objections to the PSIR, especially four months after the PSIR was finalized and submitted to the Court by U.S. Probation.

12. The Government's objections or arguments regarding the contents of the PSIR would have been properly filed within 14 days of April 28, 2021.

WHEREFORE, Defendant Bradley Bunn, by and through counsel, respectfully moves this Honorable Court to strike ECF Doc. #90 as untimely and improper.

Dated: September 28, 2021

Respectfully submitted,

s/Lisa A. Polansky
Lisa A. Polansky, Attorney
Polansky Law Firm, PLLC
4999 Pearl East Circle, Suite 201
Boulder, Colorado 80301
(303) 415-2583
lisa@polanskylawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 28, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all other counsel of record.

s/Alison P. Gordon