**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00158-CMA

**UNITED STATES OF AMERICA,**

      Plaintiff,

**v**.

**1.    BRADLEY BUNN,**

      Defendant.

---

**MOTION TO LIMIT SPECTATORS FOR SENTENCING HEARING SCHEDULED ON OCTOBER 13, 2021**

---

Defendant, Bradley Bunn, by and through his counsel, Lisa A. Polansky, Attorney at Law, moves this Honorable Court to limit spectators for his Sentencing Hearing, currently scheduled to take place on October 13, 2021, at 10:00 AM, and in support of which, submits the following:

1.    Mr. Bunn is scheduled to be sentencing by this Court on October 13, 2021, at 10:00 AM.

2.    In the interest of promoting the Courtroom Decorum to which this Court's Criminal Practice Standards, revised December 2020, refer in Standard 1.3(b)(6), Mr. Bunn moves this Honorable Court to limit the spectators in the courtroom during his Sentencing Hearing.

3.    Specifically, Mr. Bunn, through his counsel, respectfully requests that  only

2

his close friend, Mikel Trace-Taylor, be permitted to be present in the courtroom and observe his Sentencing Hearing.

4.      As indicated in the PSIR filed herein, there is great animosity from Mr. Bunn's former wife, Lynne Bunn, toward Mr. Bunn and therefore, allowing additional spectators might cause undue distraction or disorder, which Mr. Bunn wishes to avoid.

5.      Mr. Bunn very much wishes to address the Court directly in his Allocution and is very concerned that should his ex-wife or children be allowed to be present, he may not feel comfortable speaking candidly to the Court.

WHEREFORE, Defendant Bradley Bunn, by and through counsel, respectfully submits the foregoing Motion and asks this Honorable Court to grant the relief requested.

Dated: September 28, 2021.

Respectfully submitted,

s/Lisa A. Polansky
Lisa A. Polansky, Attorney
Polansky Law Firm, PLLC
4999 Pearl East Circle, Suite 201
Boulder, Colorado 80301
(303) 415-2583
lisa@polanskylawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all other counsel of record.

s/Alison P. Gordon