# EXHIBIT LIST

**Bradley Bunn's Sentencing Motion for Variance or Non-Guideline Sentence**

*United States v. Bradley Bunn*
Criminal Case No. 20-cr-00158-CMA

| Exhibit | Title |
|---------|-------|
| A | Evaluation of Bradley Bunn by Doris C. Gunderson, MD, July 31, 2021 |
| B | DD214, Certificate of Release or Discharge from Active Duty |
| C | Orders to Active Duty, Enduring Freedom, February 23, 2003 |
| D | Section VII, Record of Current and Previous Military Assignments |
| E | Officer Performance Evaluation Report (OER), August 7, 2003 |
| F | Memoranda for Combat Action Badge, dated November 4, 2005 and March 7, 2006 |
| G | Personnel Action: Recommendation for Combat Action Badge |
| H | VA Records: Progress Notes from Mental Health Intake dated February 7, 2005 |
| I | VA Records: Psychiatry Group Counseling Note, dated August 11, 2009 |
| J | Douglas County Detention Center, Inmate Incident Report, dated March 3, 2021 - March 13, 2021 |
| K | Letters from VA Professionals re: Service Canine in Support of Bradley Bunn |