Doris C. Gundersen, MD PC
425 South Cherry Street, Suite 630
Denver, Colorado 80246
Ph (303) 717-8516 Fax (303) 399-6069

July 31, 2021

Lisa A. Polansky, Founding Partner
Polansky Law Firm, PLLC
4999 Pearl East Circle
Suite 201
Boulder, Colorado 80301
(303) 415-2583
lisa@polanskylawfirm.com

**RE: Bradley Williamson Bunn (DOB 6-2-66)**

Dear Ms. Polansky,

Per your request, I am providing you with a summary report detailing the history I obtained from Mr. Bunn, records reviewed and my clinical observations and opinions, all stated with a reasonable degree of medical certainty. I would like to reserve the right to supplement and/or revise my findings in the event additional information becomes available, which may influence my professional opinions. Please feel free to contact me should you have questions about the conclusions or opinions rendered in this report.

Sincerely,

*Doris C. Gundersen MD*

Doris C. Gundersen, MD, DFAPA, DABPN

EXHIBIT A

1

## Independent Medical Evaluation

## Bradley W. Bunn (DOB 6-2-66)

**Identifying Information**:   Mr. Bunn is a 55-year-old, divorced, Caucasian male who is a service-connected veteran currently detained in the Washington City Jail related to felony charges.

**Consent**: Mr. Bunn was advised of the forensic nature of this evaluation. Specifically, he was told that my role was limited to assessing him medically/psychiatrically and that I was not rendering treatment.  He was informed of the limits of confidentiality in this context and understood that I would be preparing a report summarizing my findings and professional conclusions.  Mr. Bunn had a good understanding of the purpose of our meeting and provided verbal consent to proceed.

**Background Information:** My evaluation included a two-hour clinical interview of Mr. Bunn on April 30, 2021, a two-hour interview on May 7, 2021, and a third one-hour interview on June 4, 2021, all conducted via a telehealth platform due to Covid19 restrictions.  I also reviewed the following records:

1. Veterans Affairs Medical Records for Mr. Bunn
2. Military Records for Mr. Bunn
3. Affidavit in Support of Criminal Complaint
4. Arrest Warrant
5. Youtube video of Mr. Bunn testifying at a hearing to repeal Colorado's red flag law

The following is my report:

**Presenting Problem:**  Mr. Bunn has been outspoken about his opposition to red flag laws.  He told me that in the fall of 2019, he wrote a letter to Senator Mitch McConnell "about how the second amendment was being degraded."  On March 12, 2020, he testified at a hearing and asked legislators to repeal Colorado's red flag law.  In his recorded testimony (found online), Mr. Bunn passionately testified, "I took an oath as a combat officer…….to protect against all enemies, foreign and domestic….you have no right to disarm (us)………..it is treason for you to take our weapons away.  Don't do it."  Mr. Bunn stated, "They (legislators) are signatories of treason. Oath keeping men like myself will protect the constitution.  I tried to address my grievances with government peacefully."

In May 2020, he planned to attend a "reopen rally" at the state capitol in protest of the Covid19 restrictions.  He planned to bring weapons with him but denied any intent or plan to harm others.  When I asked him why he needed to bring weapons to the rally, he replied, "to defend the constitution.  The second amendment gives me a right to bear arms.  The legislators committed

2

treason. My intent was to peacefully ascend the capitol steps in defiance of the treasonous legislators." Mr. Bunn told me that such participation in a protest would "send a visceral message and encouragement to other patriots that you can disobey treasonous law. When tyranny becomes law, rebellion becomes duty. If government comes into my home, I will defend myself."

He told me that on May 1, 2020, at approximately 6:45 am, "The FBI, ATF and DHS descended on my home before I could lead 'the patriots' at the capitol. I wanted to let the legislators know we would not comply with treason. I had no intent to be violent. I communicated my plan to the sheriff before the event." Mr. Bunn went on to say, "We would be there to assemble peacefully. But if you attempt to arrest us, that's a gun fight." When I met with Mr. Bunn, he told me that he had no plan to "storm the capitol" but rather, "ascend the capitol steps, sit peacefully and go home in protest of Covid19 restrictions and the red flag law."

Mr. Bunn told me he was grateful that no one was hurt. "I was in a bad place when all of this happened. (Being incarcerated) has given me the opportunity to spin down from that bad place." I asked him why he had weapons and bomb making materials at his home. He stated, "A man from my world, we are trained killers. The no knock, hard entries is when they snatch their way into your home. With any resistance they use guns. So, you fight them with explosives to protect your territory." Mr. Bunn told me he anticipated that law enforcement was conducting surveillance on him because of his testimony in front of legislators in addition to what he shared with the sheriff about his plans to march on the capitol steps.

Mr. Bunn told me that the law officers who intervened were "completely unaware of what is going on in this country. We have an authoritarian government. Gun registration requirements usually is followed by confiscation."

I asked Mr. Bunn if he believed the government was planning a forced entry into his home, and he replied, "I keep up with current events. Just watch what is happening across the country." He told me that 30 to 40 men like him have been assaulted in their homes and he planned to defend himself in the event a forced entry was made into his home. Mr. Bunn stated adamantly that the red flag laws "violate the Constitution egregiously."

Mr. Bunn then referenced Duncan Lemp. "He developed a communication platform for patriots that is nontraceable and cannot be eavsedropped. The police made a no-knock, hard entry in his home in the middle of the night and shot him. When I read these things, I know I am on the list and being watched. (Note: Duncan Lemp was a software designer who associated himself with the Three Percenters, a far-right paramilitary militia group. Police received a tip that Mr. Lemp was a prohibited person in possession of an assault weapon. Police noted that Mr. Lemp had booby-trapped the entrance to his bedroom so that a shotgun would be detonated at the direction of anyone entering the bedroom. Five weapons were recovered during the raid. He is considered a martyr for the Libertarian boogaloo movement, at war with the government or left-wing political opponents.)

Mr. Bunn told me that he was wrong to make the pipe bombs, recognizing the illegality. He noted that "the government comes in homes like mine and kills men to disarm them. This gun

confiscation is masqueraded as a mental health effort." He said that "anyone can deem an individual a threat to himself or others. This empowers law enforcement to make a hard entry. This is tyranny." He told me the pipe bombs were made to protect him from a forced entry. Mr. Bunn told me his actions (preparing to protect himself in the event of a no-knock forced entry), "were not extreme when you consider the government coming into houses and killing law abiding citizens."

On May 1, 2020, federal agents and local police executed two search warrants at the home of Mr. Bunn. The agents discovered four pipe bombs and gunpowder, all taken to a range where they were safely detonated. The raid on Mr. Bunn's home came several hours before the "reopen now" rally was to be commenced at the capitol. Mr. Bunn faces weapons charges and if convicted, he faces up to 10 years in federal prison and a $250,000 fine. Mr. Bunn has pleaded guilty to the possession of pipe bombs.

Mr. Bunn referenced the book authored by Jonathan Cahn, "The Harbinger." (The book discusses God's warnings to Israel before the nation's judgment and downfall, and how the same signs of destruction have manifested in the United States in the past decade.) He noted that it explains why the United States is in serious moral decline and that "the only way to turn our country around is through God. We must follow him according to his word." Mr. Bunn spoke of the polarization in the country. He told me he was not influenced by former president Donald Trump. "It is my fidelity to the constitution, not political leaders."

I asked him what he would have done differently if he could go back in time and he replied, "It was a tough situation with the Corona virus and all the isolation. I still would have testified in front of legislators. But in hindsight, I wish I would have been patient. I wish I would have prayed more."

**Developmental History:** Mr. Bunn told me that he was born in West Covina, California and belonged to an upper middle-class family. His maternal grandfather served in World War II and his father served in the Marines and had combat experience during the Korean war. "He had bad PTSD. He was extremely violent and abusive toward me." Mr. Bunn told me that his mother taught business and English. He disclosed that she sexually abused him from the ages of 5 years to 12 years. Mr. Bunn told me that despite his difficult home life, he participated in Boy Scouts, Eagle Scouts and sports. He was a trumpet player in a marching band.

He told me that his older brother was also sexually abused by their mother, became a pedophile and once attempted to rape his sister when she was seven years old. Mr. Bunn also shared that he believes his brother sexually molested his two eldest daughters. He confronted his brother in 2010 and noted that his brother did not confirm or deny the abuse. The two brothers were subsequently estranged. When they had contact again during the time their mother died, Mr. Bunn told me that his brother accused him of sexually assaulting his own daughters. In response, Mr. Bunn picked his brother up by the throat and punched him twice.

When Mr. Bunn moved his family to Ft. Collins in 1997, both his parents had retired there. "I forgave my dad for beating the crap out of me as a kid. For the next 17 years we got along

well." Mr. Bunn reported he became estranged from his father in 2014 at the same time he was involved in a custody dispute with his wife. He told me that after his mother succumbed to Alzheimer's disease, he lived with his father, and they got into an argument about his childhood abuse. "My father raised a fist at me. I told him he would no longer be allowed to abuse me." Mr. Bunn reported that two weeks later, the same argument developed, and his father grabbed his wrist. "I thought I would need to use my military training (to subdue his father). I spun him around and pinned him down." Mr. Bunn told me he had no intention of harming his father. "I just wanted him to calm down." At the time, his father was taking a blood thinning agent, Coumadin and sustained bruises on his hip and arm. According to Mr. Bunn, his father took pictures of the bruises and alleged that Mr. Bunn had attacked him. These pictures were presented as evidence in a custody hearing. Mr. Bunn told me that he was "crushed" when he lost custody of his children.

**Family History:** As noted, Mr. Bunn's father was diagnosed with PTSD. He also suffered from cardiac disease. His mother died from complications of Alzheimer's disease. His sister has been diagnosed with diabetes. He was unaware of any family members diagnosed with addiction or other serious mental illnesses other than his father's PTSD.

**Social History:** Mr. Bunn told me that he enjoys reading the Bible, biographies and fiction novels. He told me that he watches all kinds of movies including action, adventure, science fiction and documentary films. I asked him about social affiliations. He described being socially isolated since his divorce and losing custody of his children. He told me that he was involved in social media. While he did not specify what social media he followed, he stated, "Sites with patriots like me." He denied being a Qanon believer. Mr. Bunn identified as a registered Republican with conservative values. He told me that he believed we needed a smaller federal government. He stated, "The primary function of the federal government is to protect us, but they have way overstepped bounds by telling businesses what to do and parents how to discipline their children." He used to enjoy outdoor activities including snowboarding, skiing and backpacking.

**Past Medical History:** Mr. Bunn told me that he has undergone five knee surgeries and a right rotator cuff repair. He had a left inguinal hernia repair. Three years ago, he fell and fractured ribs. He believes he suffered a traumatic brain injury when ambushed in Iraq. A bomb exploded near his head. He was screened for a TBI in Denver in 2009. Formal neuropsychological testing was never pursued. He also sustained hearing loss during that attack. He is treated for reflux disease.

**Substance Use History and Psychiatric History**: When I met with Mr. Bunn, he told me that his first mental health treatment occurred in 2009, five or six months after he separated from the military for the last time. He noted that he was "in a bad place." He told me that his daughter Brittany was introduced to drugs and alcohol by her boyfriend, was performing poorly in school and was expelled. He also reported experiencing significant financial problems because he could not find work after separating from the military. He experienced marital strife. He was suffering from undiagnosed, untreated Post Traumatic Stress Disorder at the time. Mr. Bunn told me that at the time, he had a 1.4-million-dollar life insurance policy. "I chose death over

divorce to solve my problems." He told me that he experienced, "Awful, violent voices" in his head. He threatened to end his life by suicide ("a Glock to the heart") and discharged a weapon in his home. He told me that a SWAT team came to the house, and he cooperated with their efforts to get him admitted to the hospital. Mr. Bunn has never used tobacco products, illicit drugs and rarely consumes alcohol.

I reviewed Mr. Bunn's medical and psychiatric records from February 2005 through August 2019. He reported being depressed after his tour in Iraq (2003 to 2004). He received six free counseling sessions through Army One Source before being seen in a VA clinic in Ft. Collins.

He was first evaluated at the VA clinic on February 7, 2005, for depression and Post Traumatic Stress Disorder (PTSD). At that time, Mr. Bunn readily endorsed symptoms of PTSD resulting from a combat tour in Iraq during which he witnessed much destruction and fired on enemy combatants. Symptoms included vivid flashbacks, rapid heart rate, sweating, intrusive thoughts, irritability with family members, a heightened startle responses in public and private, hypervigilance in public and private, lack of future orientation, emotional distance and numbing, and depressed mood with low energy and anhedonia (an inability to experience pleasure). He also reported episodes of tearfulness and disrupted sleep. At the time of this intake evaluation, Mr. Bunn disclosed that he had recently separated from his wife with whom he had four children. He was living alone in an apartment. Mr. Bunn reported a history of attention deficit hyperactivity disorder (ADHD) and that he had taken stimulant medication (Adderall 20 to 30mg twice daily) for this condition since 1991. He denied problems with alcohol or illicit drugs at that time. Mr. Bunn was prescribed antidepressant medication (Citalopram).

Two weeks later, he was reevaluated and noted to have responded to the Citalopram. He was less irritable, less anxious and experienced improved sleep. In this therapy session, Mr. Bunn talked about his troubled relationship with his spouse. He dropped out of treatment shortly after this visit.

Mr. Bunn made a near suicide attempt in 2009. This was after losing his job and in the context of ongoing marital discord. He threatened suicide and discharged a weapon in his home while his spouse and daughters were leaving the house. A SWAT team intervened. He was subsequently admitted to the Denver VA hospital on a 72-hour mental health hold and was then placed on a short-term certification after the hold expired. He was psychiatrically hospitalized from March 30, 2009, through April 10, 2009. While inpatient, he was assessed to be a moderate risk for harm to himself or others. He was noted to be impulsive. He was stressed by marital discord and financial difficulties. He was unemployed at the time, having recently lost a job. Through consultation with the Mental Illness Research Education and Clinical Center (MIRECC) team, a safety plan was established so that Mr. Bunn could continue his treatment as an outpatient. This included removing his firearms from his home. He was discharged on the antidepressant Zoloft. He was schedule for an outpatient appointment on April 14, 2009, in Ft. Collins. Mr. Bunn remained compliant with treatment (medication, individual therapy and group therapy) for several years. Throughout, he continued to experience depression and fluctuating symptoms of PTSD.

In an August 25, 2009, group therapy session Mr. Bunn attended, the veterans described how their mistrust of authority had its origins in the military where some commanders placed troops at risk of harm unnecessarily in the group members' view and how this had complicated their lives in terms of employment and in academic settings.   That same month, Mr. Bunn continued to suffer significant marital problems, moved out of the home with a plan to divorce after 19 years of marriage.  He first lived in an apartment but later moved into his father's home.

In a group therapy session on November 25, 2009, the veterans in attendance spoke of their difficulty in readjustment to civilian life such as driving at night and needing to stop at stop signs on rural roads as this was very reminiscent of dangerous situations when driving in Iraq.

When he was evaluated on December 17, 2009, Mr. Bunn was noted to have "a borderline psychotic quality" to his thoughts.

On February 11, 2010, Mr. Bunn reported to his therapist that his father had a heart attack.  He also expressed concern that his brother was coming to visit, and he did not get along with him.  He believed that his brother might have sexually abused or assaulted his two daughters. When he confronted his brother, the brother did not deny the charges.

On June 24, 2011, Mr. Bunn shared that he was charged with domestic violence.  At the time he was living with his spouse again and had to move out because of his daughter alleging that he had engaged in domestic violence.  He again moved in with his father.  The Larimer County Social Services was involved with his family and stated that he was "extremely violent" which Mr. Bunn denied.  He was scheduled for a court date on July 20, 2011, for a restraining order.  Following this court date, Mr. Bunn was awarded supervised visits with his daughters.

In an appointment with his case manager on October 21, 2011, Mr. Bunn advised his therapist that the restraining order placed on him was lifted.  He was moving forward with his divorce.  He continued to search for employment.  Mr. Bunn became argumentative in their discussion and left angry.

In a therapy session on October 27, 2014, Mr. Bunn disclosed that he disciplined his 12-year-old daughter.  He stated that he "blew up at the kids and spanked my daughter hard."  While he had successfully co-parented with his ex-wife for five years, she was now trying to have him lose his parental rights.  Child Protective Services was involved.  He received a deferred sentence for one year and was ordered to attending parenting and anger management classes as well as engage in community service for two counts of child abuse.  He had also recently had an altercation with his father.

Mr. Bunn presented to the clinic on August 20, 2015 and was noted to have been without medication for several months.  He had recently experienced suicidal ideation.  Mr. Bunn became agitated during this meeting and the evaluator became concerned for her own safety.  However, with further discussion, the evaluator did not deem Mr. Bunn to be dangerous.

Mr. Bunn was seen on February 3, 2016, to obtain an Adderall refill.  At the time, Mr. Bunn had an upcoming court hearing related to an incident in which he broke his girlfriend's phone.  His girlfriend as well as his ex-wife had obtained restraining orders against him.  He had not seen

his children in two years. He admitted to experiencing suicidal ideation when custody issues surfaced. Consideration was given to pursue both psychological and neuropsychological testing due to a concern about a possible bipolar disorder diagnosis as well as a TBI.

On April 1, 2016, the records note that Mr. Bunn had previously been treated in Ft. Collins until he received a disruptive behavior flag on his chart. He was now seeking treatment in Cheyenne, Wyoming. Mr. Bunn noted that he was upset that he was not allowed to have his service dog with him off leash and that there was a lapse in receiving his Adderall prescription, leading to withdrawal symptoms. He also reported that he had a confrontation with his father about childhood physical abuse. He placed his father in a head hold "to stop him from hitting me without hurting him." Photographs depicting his father's bruises from the incident were entered into the court records during his custody hearing. He reported intermittent suicidal ideation. He endorsed several symptoms of PTSD.

When seen on May 4, 2016, Mr. Bunn complained that his disruptive behavior flag was extended for an additional year. He also noted that he was on probation and spent two days in jail related to the reported child abuse. The record notes that Mr. Bunn did not follow through with neuropsychological testing and had missed several appointments. His only medication was Adderall.

On September 13, 2016, Mr. Bunn discussed how he struggle with aggressive behavior. He described an incident in which his spouse had thrown an envelope full of change at him and he then held her down and would not let go. He described another incident in which his father raised a fist to hit him and in response, Mr. Bunn used a wrestling maneuver to subdue his father and in the process his father was injured. This led to a complete estrangement between Mr. Bunn and his father. In November 2016, Mr. Bunn discussed the dysfunctional relationships in his family of origin and that he never learned what was normal. He disclosed that his mother sexually abused him from the age of five years to twelve years and that his father was physically abusive toward him.

On December 20, 2016, Mr. Bunn spoke with his therapist about his spiritual beliefs. He also spoke of how he believed his girlfriend "had demons in her from an abduction when she was five." He shared that he believed he successfully removed the demons from her but that the demons may pursue him.

On January 3, 2017, Mr. Bunn met with a chaplain and spoke at length about his experiences and special gifts related to exorcising evil spirits. "He is seeking to be of assistance to fellow veterans who may be struggling with demon possession."

Mr. Bunn was hoping that VA Chaplains would refer the "demon-possessed" to him for exorcism. In a later encounter with the Chaplain who was meeting with another veteran, Mr. Bunn subsequently sent the Chaplain a lengthy email in which he speculated that the other veteran was likely demon possessed and could benefit from his services.

On January 6, 2017, Mr. Bunn presented to the mental health clinic for medication and psychotherapy management. He verbalized frustration at the VA system regarding the

disruptive flag and denied ever raising his voice or perpetrating violence towards VA staff. The evaluator wrote, "The patient is somewhat paranoid about what his records report regarding the flag as well as the recent spiritual experience." The evaluator characterized Mr. Bunn as cooperative and pleasant but possibly delusional (concerning demonic experiences). Mr. Bunn remained on stimulant medication. During a subsequent appointment on January 24, 2017, Mr. Bunn continued to express a belief that he was battling demons. The evaluator wrote, "The delusional thinking is more specific and grandiose. The presence of this delusion is more than one month in duration." Mr. Bunn also spoke of creating a beaming shield and a light sword. He spoke of demons dragging him into a parallel universe. He was noted to be somber with some tearfulness. He was thought to have developed a brief psychotic disorder. Mr. Bunn continued to be in the courts concerning custody issues.

On February 7, 2017, the Specialty Mental Health team convened a meeting in which Mr. Bunn was discussed. His delusions were addressed with the team noting that he may need different medication. When evaluated on February 21, 2017, Mr. Bunn wanted to process the issues surrounding his divorce and loss of visitation with his children. He wanted to regain visitation rights with his children, even if supervised. He alluded to demons again and said that the demons would destroy him and everything that was his. He attributed many of his problems to demons. On February 22, 2017, Mr. Bunn met with a new treatment provider in the mental health clinic. The evaluator wrote, "It is likely his psychosis or spiritual experience is ongoing, yet he is managing and relating within normal limits of this western world currently and is not open to medication at this time." His Adderall prescription was continued. However, on February 27, 2017, when the Specialty Mental Health team met again to discuss his case, one physician recommended that the stimulant medication be discontinued due to the possibility of it precipitating psychosis. They noted that he remained depressed and that his PTSD symptoms were worse than at the time of his previous examination in 2009.

On April 18, 2017, Mr. Bunn presented with improved mood and sleep. He was happy that the flag on his file for disruptive behavior had been removed. He expressed a desire to work on his anger. The therapist confronted him about frequent missed appointments and how this made the therapy less effective.

On June 8, 2017, Mr. Bunn expressed experiencing financial stress and unhappiness related to the restraining order in place. He was observed to be guarded. He described his history of spiritual conflict with demons. He expressed a belief that people could be demonically possessed and that he served on a team at his church that conducted exorcisms. He expressed desire for treatment so that he could improve his relationships and regain visitation with his two minor children.

On August 27, 2019, Mr. Bunn's physician spoke with him about the use of controlled substances (Adderall) and that he would need to be evaluated quarterly to continue to receive this medication. He would also be subject to random urine drug screens to detect any illicit drugs. No records beyond this date were available for review.

**Academic History:** Mr. Bunn received a bachelor's degree in Pastoral Studies from a Baptist bible college. He started college at Texas Tech but performed poorly due to excessive

9

socializing and limited studying. He denied any history of learning disabilities but believes his untreated ADHD impacted his academic performance.

**Occupational History:** Outside of his military duty, Mr. Bunn worked in corporate management for a Walmart distribution center in Loveland, Colorado.

**Military History**: Mr. Bunn told me that he had served in the military for 20 years before being honorably discharged. He first enlisted in the Navy and later served in the Army National Guard in Washington. He served in Iraq from 2003 to 2004. He noted, "My value system meshes well with the military. I took an oath to defend the constitution." His highest rank was First Lieutenant. Mr. Bunn shared that he was trained in special forces for three years. He told me that during his tour in Iraq he was a platoon leader. He described the area he was deployed to as, "the triangle of death." He described an IED explosion (August 2003) which threw him to the ground as well as an M16 fired next to his head resulting in some hearing loss. He was advised that he suffers from a central auditory processing disorder.

He told me that he was supposed to be deployed to Afghanistan but was removed from the team because he had inquired about equipment stolen from his team. According to Mr. Bunn, this led to a congressional inquiry. He told me that a one-star general stole the equipment which ended his career. Mr. Bunn maintains that he experienced retaliation for his role in this and a superior attempted to ruin his career by alleging he used (illicit) drugs. He told me he had similar run ins with authority figures in the military leadership. "I cannot trust these people. There were some bad apples. I have problems with authority figures." Mr. Bunn had no disciplinary measures taken while serving in the military. Performance reviews in his military record characterize him as mission focused, with a strong work ethic and organizational skills.

**Legal History**: Prior to the instant offense, Mr. Bunn pleaded guilty to one count of child abuse, negligently causing bodily injury, a class 2 misdemeanor. Mr. Bunn told me in 2014 he disciplined his daughter by spanking her which left marks on her buttocks. "My wife hung me with this. She got full custody of my children. She poisoned their minds against me." Mr. Bunn has had no contact with his three daughters ages 29, 28 and 19 and his 17- year-old son since 2014. This has devastated him. As previously noted, he had restraining orders placed on him due to domestic violence.

**Spiritual History**: Mr. Bunn identified himself as a practicing Christian.

**Mental Status Examination:** Mr. Bunn appeared his stated age of 55 years. He had short, silver hair, neatly groomed facial hair and a medium build. He appeared well-nourished and healthy. His mood was subdued, if not depressed. His affect was predominantly constricted and at other times anxious. He had notable hearing loss and I needed to adjust the speaker level on my computer to accommodate this disability. Mr. Bunn demonstrated an increased startle response to loud background noises. He related in a serious manner and was fully cooperative. His speech was spontaneous but robotic and at time increased in intensity. He had a sophisticated vocabulary and expansive fund of knowledge which led me to estimate his intelligence quotient to be above average if not superior.

Mr. Bunn was oriented for date, season, person and place.  He was familiar with many contemporary events.  His short-term memory was intact as evidenced by his ability to recall six objects immediately and again after a ten-minute delay.  He was abstract in his interpretation of proverbs.  His concentration was intact as evidenced by his ability to perform a serial seven exercise quickly and accurately.  His thoughts were linear, and goal directed with persecutory and paranoid themes.  He denied all dangerous ideations.

Mr. Bunn told me that his sleep has improved while incarcerated and that he has not experienced nightmares recently.  He described his mood as "even" and that he had a healthy appetite as well as a good energy level.  He denied experiencing auditory or visual hallucinations.  He denied feeling paranoid although many of his thoughts contained paranoid themes.  He stated, "I am under surveillance."

**Discussion and Opinions:**   Mr. Bunn is a 55-year-old, divorced combat veteran who is seriously mentally ill.  He was both sexually and physically abused in childhood.  The significance of this is that he was betrayed by both parents, likely leading to his paranoia, mistrust of authority figures and perception of an unsafe world.  It is notable that prior to his incarceration, Mr. Bunn had been maintained on Adderall, a stimulant medication for ADHD for three decades.  This medication increases levels of the neurotransmitter Dopamine and can heighten paranoia as well as increase the risk for developing psychosis, both delusions and hallucinations.  Additionally, Mr. Bunn developed hearing loss after his deployment in Iraq.  Hearing loss can also contribute to the development of paranoia.

Mr. Bunn clearly meets criteria for a Complex Post Traumatic Stress Disorder, meaning that he experienced serious adverse childhood events as well as adult trauma in the military where he was exposed to life threatening circumstances.  He has experienced intrusion symptoms including nightmares and marked physiological arousal when exposed to triggering events.  He has demonstrated avoidance symptoms through his isolation and negative alterations in his mood.  Mr. Bunn has demonstrated symptoms of arousal and reactivity as evidenced by his periods of intense irritability, exaggerated startle response and explosive temper, acts of violence and insomnia.

Following his honorable discharge from the military, Mr. Bunn's adjustment to civilian life was poor.  He had difficulty finding employment.  He experienced marital strife and financial problems.  He became seriously depressed leading to suicidal behavior in 2009 and an involuntary hospitalization for psychiatric care.

Following his hospital discharge, Mr. Bunn was treated through the Veterans Administration on an outpatient basis.  His condition appeared to slowly deteriorate.  In December 2009 he was thought to have a "psychotic quality" to his thinking.  He engaged in domestic violence and was restrained from visiting his spouse and children.  He engaged in disruptive behavior at the VA and a flag was placed on his chart, suggesting his treatment providers fully appreciated his propensity for violence.  In 2014, he was devastated when his parental rights were terminated.

Mr. Bunn became more isolated over time. In December 2016, he began to be preoccupied by demon possession, with a belief that he could exorcise demons from possessed veterans. In January 2017, he was noted to be paranoid and "possibly delusional" by a treatment provider. He was formally diagnosed with a brief psychotic disorder. In consultation with a Special Mental Health Team in February 2017, a suggestion was made to discontinue his stimulant medication due to concerns it was precipitating psychosis. However, the medication was continued. The observation was made that Mr. Bunn's PTSD was worse than at the time he attempted suicide in 2009. In June 2017, Mr. Bunn remained preoccupied with demons and was likely psychotic at that time.

At some point in time, Mr. Bunn began visiting social media/websites containing anti-government, extremist right-wing political views. While he did not confirm being formally affiliated with the Oath Keepers, his (fixed and false) belief that the government conspired to strip Americans of their rights and freedoms, including the right to bear arms, makes me suspect he identified with this group. It is my professional opinion, stated with reasonable medical certainty, that Mr. Bunn, with his underlying depression, paranoia and PTSD, and in the context of extreme isolation, developed the delusional belief that he would be <u>unlawfully</u> stripped of his weapons leading him to prepare for a forced entry by constructing pipe bombs to defend himself and his property.   Absent his active mental illnesses, it is extremely unlikely that he would have engaged in such behavior.

Respectfully submitted,

*Doris C. Gundersen MD*

Doris C. Gundersen, MD, DFAPA, DABPN