| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

### CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| BUNN, BRADLEY WILLIAMSON | ARMY/ARNGUS/IN | 535 80 8392 |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| CPT | O03 | 19660602 | 00000000 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| FORT CARSON, COLORADO | 2924 SWING STATION WAY  FORT COLLINS, COLORADO 80521 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| HHT 3D SQDN 16TH CAV TC | FORT KNOX, KY 40121 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE AMOUNT: $ | X NONE |
|---|---|---|
| CO C, 5TH SF BN, 19TH SG, 3324 LAPORTE AVE, FORT COLLINS, CO 80521 | | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 11A INFANTRY - 11 YRS 4 MOS//NOTHING FOLLOWS | a. DATE ENTERED AD THIS PERIOD | 2007 | 07 | 22 |
| | b. SEPARATION DATE THIS PERIOD | 2007 | 12 | 21 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0000 | 05 | 00 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0004 | 07 | 17 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0015 | 09 | 24 |
| | f. FOREIGN SERVICE | 0000 | 00 | 00 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2005 | 12 | 30 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| ARMY COMMENDATION MEDAL//ARMY ACHIEVEMENT MEDAL//NATIONAL DEFENSE SERVICE MEDAL//GLOBAL WAR ON TERRORISM EXPEDITIONARY MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON//ARMED FORCES RESERVE MEDAL W/ M DEVICE//NOTHING FOLLOWS | MANEUVER CAPTAIN'S CAREER CRS, 20 WEEKS, DECEMBER, 2007//NOTHING FOLLOWS |

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | YES | X NO |
|---|---|---|
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | X YES | NO |

| 16. DAYS ACCRUED LEAVE PAID 12.5 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES NO NA NA |
|---|---|---|

18. REMARKS ///////////////////////////////////////////////////////////////////////////////////
SEPARATED FROM SERVICE ON TEMPORARY RECORDS AND SOLDIER'S AFFIDAVIT//DD FORM 215 WILL BE ISSUED TO PROVIDE MISSING INFORMATION//ITEM 12D ABOVE DOES NOT ACCOUNT FOR ANNUAL AND/OR WEEKEND TRAINING THIS SOLDIER MAY HAVE ACCOMPLISHED PRIOR TO DATE ENTERED IN ITEM 12A//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//BLOCK 25: 192-006, MCCC, 11 JULY 2007//NOTHING FOLLOWS

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address – include ZIP Code) |
|---|---|
| 2924 SWING STATION WAY  FORT COLLINS COLORADO 80521 | LYNNE BUNN  2924 SWING STATION WAY  FORT COLLINS, COLORADO 80521 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO CO | DIRECTOR OF VETERANS AFFAIRS | X YES | NO |
|---|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| [signature] | LEWIS W SHEPHERD, CHIEF, TRANS CTR |

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| RELEASE FROM ACTIVE DUTY TRAINING | HONORABLE |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| COMPLETION OF PERIOD OF ADT |

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | 30. MEMBER REQUESTS COPY 4 (Initials) BWB |
|---|---|
| NONE | |

DD FORM 214-AUTOMATED, FEB 2000    PREVIOUS EDITION IS OBSOLETE. GENERATED BY TRANSPROC    STATE DIRECTOR OF VETERANS AFFAIRS - 6

EXHIBIT B