```
                    DEPARTMENT OF THE A  [
                  96TH REGIONAL SUPPORT COMMAND
                          BUILDING 103
                    FORT DOUGLAS, UT 84113-5007
```

ORDERS M-051-0008                                          20 February 2003


BUNN BRADLEY WILLIAMSON              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 2LT
2924 SWING STATION WAY               0244 EN BN    CO B (WS5DB0)
FORT COLLINS, CO  80521-1118         FT COLLINS, CO  80522-2185


You are ordered to Active Duty as a member of your Reserve Component unit for the period indicated unless sooner released or unless extended. Proceed from your current location in sufficient time to report by the date specified. You enter active duty upon reporting to unit home station.


Report to: 0244 EN BN     CO B (WS5DB0), 2000 E LINCOLN AVE, FT COLLINS, CO
           80522-2185  Report On: 24 February 2003
Report to: Fort Carson, Building 6245, Fort Carson, CO  80913   Report On: 27
           February 2003
Period of active duty: 365 Days
Purpose: Mobilization for ENDURING FREEDOM
Mobilization category code: "V"
Additional instructions: 01, 02, 03, 04, 05, 06, 07, 08, 09, 10, 11, 12, 13, 14,
                         15, 16, 17

FOR ARMY USE
AUTHORITY: TITLE 10 USC, SECTION 12302/HQDA MSG 171644Z FEB 03/DAMO-ODOM/:ORDTYP/
Accounting classification:
    2132010.0000 01-1100 P1W1C00 11**/12** VFRE F3203 5570 (FCA CODE) S99999
    2132010.0000 01-1100 P2W2C00 11**/12** VFRE F3203 5570 (FCA CODE) S99999
    2132020.0000 01-1100 P135198 21**/22**/25*** VTER F3203 S99999
Sex:  M
MDC: PM
PMOS/AOC/ASI/LIC: 11A
HOR: FORT COLLINS, CO
PEBD:  11 February 1987
DOR: 11 August 1996
Security clearance: SECRET
Comp:  USAR
Format: 165


FOR THE COMMANDER:
                                    ******************************************
                                    *                                        *
                                    *            OFFICIAL                    *
                                    *            96TH RSC                    *
                                    *                                        *
                                    ******************************************
                                    STEPHEN T. COX
                                    COL, GS, USAR
DISTRIBUTION: M1 PLUS               DCS, G-1
INDIVIDUAL CONCERNED (4)
FAMILY ASSISTANCE OFFICER (1)
MPRJ
FILE (ORIGINAL + 1)

EXHIBIT C