## SECTION VII - CURRENT AND PREVIOUS ASSIGNMENTS

### 35. RECORD OF ASSIGNMENTS ☐ CONT

| EFFECTIVE DATE | DUTY MOSC | PRINCIPAL DUTY | ORGANIZATION AND STATION OR OVERSEA COUNTRY | NON-DUTY DAYS BP YR/MO | NON-RATED DAYS EP YR/MO | TYPE REPORT |
|---|---|---|---|---|---|---|
| | 861125-870210 | DEP NO AD; AD NAVY 870211-890210; 890211 | -941123 USNR E-3, 9760; 960810 ARNG | | | |
| | 960811 | COMM ARNG 2LT; 960812-961026 ARNG 2LT | 961027-970307 ADT 2LT, IN OBC; | | | |
| | | 970308-020520 USAR CON GRP | | | | |
| 2002 05 21 | 21B | PLATOON LEADER (USAR-READY) | B CO 244TH ECB(H), FT COLLINS, CO | | | |
| 2005 04 28 | 13A | TACT INTEL OFF P.O. 138-002 dtd 18 May 05 | HHB 115TH 115TH FA BDE, CHEYENNE, WY 82009 | | | |

EXHIBIT D

RCAS V1.0