# OFFICER EVALUATION REPORT
For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK (Year/Month/Day) | e. BRANCH | f. DESIGNATED SPECIALTIES · PMOS (WO) |
|---|---|---|---|---|---|
| BUNN, BRADLEY W. | 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 | 1LT | 2003 / 06 / 12 | IN | 11A |

| g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | h. REASON FOR SUBMISSION |
|---|---|
| B Company 244th EN BN 2000 East Lincoln Ave Fort Collins CO 80524, 96th RSC  TPU | 03  Change of Rater |

| i. PERIOD COVERED | | | | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (Check one and date) | n. PSB INITIAL | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| FROM Year 2002 | Month 10 | Day 15 | THRU Year 2003 | Month 07 | Day 31 | 9 | | | 1. Given to Officer / 2. Forwarded to Officer  Date | | | 6F | |

## PART II - AUTHENTICATION
(Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| a. NAME OF RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| LYND, SARA J. | 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 | CPT | Company Commander | /s/ Sara Lynd | 7 Aug 2003 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| | | | | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| JEROME, JEFFREY J. | 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 | LTC | Battalion Commander | /s/ Jeffrey J. Jerome | 9 Aug 2003 |

| SENIOR RATER'S ORGANIZATION | BRANCH | SENIOR RATER TELEPHONE NUMBER | E-MAIL ADDRESS |
|---|---|---|---|
| HQ, 244th ECB (H), 12211 East 56th Avenue Denver, CO 80239-5301 | EN | (303)371-0608  x222 | jeffrey.j.jerome@us.army.mil |

d. This is a referred report, do you wish to make comments?  ☐ Yes, comments are attached  ☒ No
e. SIGNATURE OF RATED OFFICER  DATE: 9 Aug 2003

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE: Platoon Leader
b. POSITION AOC/BR: 21B

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IVa, DA FORM 67-9-1

Responsible to the Company Commander for the operations, planning, training, and welfare of a combat heavy horizontal construction platoon consisting of 38 soldiers and equipment worth over two and a half million dollars. Additional responsibilities include platoon administraion, logistics, equipment readiness, education, and evaluations. Maintain 100% accountability of personnel and equipment and ensure that soldier operations are safe and that training is conducted to standard. Maintain a cohesive, team-oriented environment in order to meet the objectives of the commander.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

**CHARACTER**  Disposition of the leader: combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES  (Comments mandatory for all "NO" entries. Use PART Vb.)

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | | | | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. **Comments are mandatory in**

| b.1 ATTRIBUTES (Select 1) Fundamental qualities and characteristics | X MENTAL Possesses desire, will, initiative, and discipline | YES ☒ NO | 2. PHYSICAL Maintains appropriate level of physical fitness and military bearing | YES ☒ NO | 3. EMOTIONAL Displays self-control; calm under pressure | YES ☒ NO |
|---|---|---|---|---|---|---|
| b.2 SKILLS (Competence) (Select 2) Skill development is part of self-development; prerequisite to action | X CONCEPTUAL Demonstrates sound judgment, critical/creative thinking, moral reasoning | YES ☒ NO | 2. INTERPERSONAL Shows skill with people: coaching, teaching, counseling, motivating and empowering | YES ☒ NO | X TECHNICAL Possesses the necessary expertise to accomplish all tasks and functions | YES ☒ NO |
| | 4. TACTICAL Demonstrates proficiency in required professional knowledge, judgment, and warfighting | | | | YES ☒ NO | |

b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving

| INFLUENCING Method of reaching goals while operating / improving | X COMMUNICATING Displays good oral, written, and listening skills for individuals / groups | YES ☒ NO | 2. DECISION-MAKING Employs sound judgment, logical reasoning and uses resources wisely | YES ☒ NO | 3. MOTIVATING Inspires, motivates, and guides others toward mission accomplishment | YES ☒ NO |
|---|---|---|---|---|---|---|
| OPERATING Short-term mission accomplishment | X PLANNING Develops detailed, executable plans that are feasible, acceptable, and suitable | YES ☒ NO | 5. EXECUTING Shows tactical proficiency, meets mission standards, and takes care of people/resources | YES ☒ NO | 6. ASSESSING Uses after-action and evaluation tools to facilitate consistent improvement | YES ☒ NO |
| IMPROVING Long-term improvement in the Army its people and organizations | 7. DEVELOPING Invests adequate time and effort to develop individual subordinates as leaders | YES ☒ NO | 8. BUILDING Spends time and resources improving teams, groups and units; fosters ethical climate | YES ☒ NO | X LEARNING Seeks self-improvement and organizational growth; envisioning, adapting and leading | YES ☒ NO |

c. APFT: PASS    DATE: APR 03    HEIGHT: 69    WEIGHT: 207    YES

d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s.
WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED?   ☒ YES  ☐ NO  ☐ NA

DA FORM 67-9, OCT 97    REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97    USAPA V2.01

| NAME BUNN, BRADLEY W. | SSN 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 | PERIOD COVERED 20021015 – 20030731 |
|---|---|---|

## PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

[ ] OUTSTANDING PERFORMANCE, MUST PROMOTE   [X] SATISFACTORY PERFORMANCE, PROMOTE   [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE   [ ] OTHER (Explain)

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.

1LT Bradley Bunn is an OBC qualified Infantry Officer who has been doing a satisfactory job as a horizontal construction platoon leader in a Combat Heavy Construction Line Company. Since 1LT Bunn joined Bravo Company it has gone through mobilization at Fort Carson, CO and deployment into Kuwait and finally movement into Iraq. 1LT Bunn has shown a very strong work ethic, especially in learning the basic skills necessary for an engineering unit. Prior to being mobilized 1LT Bunn showed a strong interest in the companies family support program. 1LT Bunn went into the local population and asked local businesses for their support in any way they could provide it. Several gift certificates and small donations were made, making the December 2002 Christmas party and Family Support activity one of the best that Bravo Company had in several years. 1LT Bunn has an exceptional ability to write and plan platoon operations. 1LT Bunn pays attention to detail and ensures he has the proper information to complete the mission. During port operations in Kuwait after deployment, the convoy that was planned from the port in Kuwait to Camp Victory was the best organized and received many favorable comments from the chain of command. 1LT Bunn also has a keen ability to develop relations with neighboring units. This ability and his connections allowed his platoon to participate in construction projects while waiting for deployment at Fort Carson. 1LT Bunn has struggled to earn the respect of the senior NCO's in his platoon. 1LT Bunn is a very mission focused officer and sometimes will argue on a point even after being told no by the chain of command. 1LT Bunn is a high energy officer that is very focused, with mentorship and guidance, 1LT Bunn will develop into an outstanding officer.

Should be promoted with peers.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

## PART VI - INTERMEDIATE RATER

## PART VII - SENIOR RATER

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

I currently senior rate __4__ officer(s) in this grade

A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review   [X] YES   [ ] NO (Explain in c)

[X] BEST QUALIFIED   [ ] FULLY QUALIFIED   [ ] DO NOT PROMOTE   [ ] OTHER (Explain below)

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

[ ] ABOVE CENTER OF MASS (Less than 50% in top box; Center of Mass if 50% or more in top box)

[X] CENTER OF MASS

[ ] BELOW CENTER OF MASS RETAIN

[ ] BELOW CENTER OF MASS DO NOT RETAIN

c. COMMENT ON PERFORMANCE/POTENTIAL

1LT Bunn is a highly motivated and dedicated officer. He has strong operational and organizational skills that he consistently uses in prepartin plans, orders, and various functions. He displays acceptable leadership ability and possesses a sincere attitude for the welfare of his soldiers. 1LT Bunn is very detailed in his briefing and communications to ensure intent is fully understood by all persons involved. During Operation Iraqi Freedon, 1LT Bunn was extremely successful in securing and preparing an Iraqi facility for turn over to the Iraq Security Force. He was a driving force in the mobilization of the company and an integral part of a combat rehearsal exercise at Fort Carson, Colorado prior to deployment. 1LT Bunn should improve his engineer branch education through correspondence or attending EOBC. He has the potential to be an excellent engineer officer.   Promote to captain.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Company XO, Bn Asst S3, BMO

EXHIBIT E

DA FORM 67-9, OCT 97 (Reverse)   USAPA V2.0