

04 November 2005

MEMORANDUM FOR SPC Kristy Lewis

SUBJECT: Eyewitness statement and nomination for Combat Action Badge

1. Approximately 2300 hrs. on 23 AUG 2003 Bravo Company, 2nd Platoon (of the 244th Heavy Combat Engineers, in support of the 1/12th Infantry, Alpha Company, F.O.B. HellRaiser) was ambushed on the eastern edge of a small city named Al Hawija, Iraq (located midway between Tikrit and Kirkuk, approx. 15-20K to the west of HWY 1).

2. There were four vehicles in our convoy serial and 14 soldiers (1 HMMWV, 1 Maintenance Contact HMMWV, 1 Deuce-and-a-half, 1 Bradley Fighting Vehicle). The ambush was initiated with an IED (estimated 120mm mortar round rigged as an IED) exploding 1 – 2 meters to the right of the deuce (B251 – third vehicle in the serial), followed by sustained machine gun fire from the second story window of a concrete batch plant approximately 150-200m to our 5 o'clock direction of travel.

3. When the IED exploded it literally drove SPC Lewis and I to our knees (both of us were positioned in the back of the deuce). Fortunately, the IED was poorly constructed, poorly emplaced, and our deuce was hardened with sandbags on the floor with 12x12 timbers covered by 1/4" plate steel on the sides; however, the back of the 2½ ton was open and exposed to raking machine gun fire. Instantly following the detonation, SPC Lewis and I jumped to our feet to assess whether we were dealing with an IED or an RPG attack. As soon as we were standing it was plain that a large volume of bullets were "snapping" right next to our heads. SPC Lewis and I independently determined the location of the machine gunner due to the continuous "winking" of the muzzle flash. In the face of this hail of machine gun fire SPC Lewis immediately and bravely reacted by returning fire with her M16A2. When SPC Lewis' face was grazed by the heat of an enemy round she dropped to the floor of the deuce and ceased fire due to the fact that I was directly in front of her and in her line of fire.

4. Miraculously there were no casualties. The deuce sustained shrapnel damage along the length of its right side yet made it back to HellRaiser compound due to the effective CTIS (Central Tire Inflation System) – two tires were basically shredded by the shrapnel.

5. I was SPC Lewis' Platoon Leader for approximately half of the deployment (OIF 1) and fought next to her in the engagement described above. I would deploy to a combat environment with SPC Lewis any day of the week and twice on Sunday. She is an outstanding soldier and fully deserving of the esteemed Army Combat Action Badge.

6. Questions may be directed to the undersigned at 307-836-7807.

Bradley W. Bunn
1LT, IN, WYARNG
Futures Officer, Camp Guernsey Training Site

EXHIBIT F



**DEPARTMENT OF THE ARMY**
BRAVO COMPANY, 244TH ENGINEER COMBAT BATTALION (HEAVY)
1118 NE FRONTAGE ROAD
FORT COLLINS CO 80524-9218

AFRC-CUT-ACO-ED                                                      7 MARCH 2006

MEMORANDUM FOR RECORD

SUBJECT: Narrative for Combat Action Badge

1. While assigned to the 4th ID in support of Operation Iraqi Freedom, members of 2nd Platoon, Bravo Company, 244th EN BN came under enemy fire. These attacks included small arms, mortars, and improvised explosive devices (IEDs). These attacks included members from all elements of 2nd platoon. The following information is specific to one of the attacks involving soldiers from 2nd Platoon.

2. 1st squad, with attachments, was assigned to build FOB McHenry for 1-12 INF. On the night of 23 August 2003, the squad was building berm for the new FOB. The squad started their convoy back to FOB Hellraiser at about 2345. The convoy consisted of two 2-1/2 ton trucks, one HMMWV, and one Bradley fighting vehicle. When the squad reached the outskirts of Al-Hawija, the convoy was ambushed. The ambush started with a 155mm artillery shell IED and was followed with small arms fire. Most of the squad returned fire and the convoy drove through the ambush. One of the 2-1/2 ton trucks sustained damage from the IED, but no personnel were injured.

3. The POCs are noel.f.palmer@us.army.mil (the undersigned) or john.severson@us.army.mil, 970-482-5455 ext. 226.

Encl 1 Squad Roster

NOEL F. PALMER
MAJ, EN



**DEPARTMENT OF THE ARMY**
BRAVO COMPANY, 244TH ENGINEER COMBAT BATTALION (HEAVY)
1118 NE FRONTAGE ROAD
FORT COLLINS CO 80524-9218

AFRC-CUT-ACO-ED                                                                7 MARCH 2006

MEMORANDUM FOR RECORD

SUBJECT: 1st Squad Roster

1. The following soldiers were members of or attachments to 1st squad, 2nd platoon B Co. 244th ECB(H) on 23 August 2003.

2. SPC Justin Lambert
   SSG Paul Daves
   SGT Joseph Blunn
   SGT Christian Sibell
   SGT Matthew Beck
   SPC Alvin Johnson
   SGT Jeremy Martin
   SGT Joseph Goacher
   SGT Christopher Coraggio
   SPC Kristy Lewis
   1LT Bradley Bunn

3. The POC is the undersigned at: Noel.F.Palmer@us.army.mil or John.severson@us.army.mil or 970-482-5455 ext. 226.

    The night of August 23, 2003 my squad, two attachments and a Bradley for security were on a convoy returning to FOB Hellraiser. We were doing construction late into the night on FOB McHenry, for the 1-12 Inf., we were driving through the town of Al-Hawijah at about 2300. On the outskirt of town an IED placed in the gutter went off next to the third vehicle in our convoy. The explosion was followed by small arms fire from two insurgents. According to our training, we drove through the attack and continued to base. Everyone that was not driving or on the radio was returning fire until out of range.

    On that night in the convoy was myself SPC Justin Lambert; SSG Paul Daves; Sgt Joseph Blunn; SGT Christian Sibell; SGT Jeremy Martin; SGT Joe Goacher; SPC Chris Coraggio; SPC Kristy Lewis; 1LT Brad Bunn; SPC Alvin Johnson; SGT Matthew Beck. I was driving the lead truck with SSG Daves as my A-Driver, SGT Blunn and SGT Sibell were in the back of my truck. SGT Beck was driving the second vehicle with SPC Johnson as his A-Driver. SGT Goacher was driving the third vehicle with SGT Martin as his A-Driver, SPC Coraggio, SPC Lewis and 1LT Bunn were in the back of that truck.

    This is my sworn statement as to the events and personnel present in the attack on the night of 23 Aug 2003.


SPC Justin Lambert

*801-656-3679* (handwritten)

To Whom it may concern,

This is a sworn statement that I, SPC Justin Lambert was a part of and witness to this incident on Aug. 23, 2003.

The following personnel were a part of our convoy,

SPC Justin Lambert- Driver lead vehicle
SSG Paul Daves- NCOIC, lead vehicle A-driver
SGT Joe Blunn- Security lead vehicle
SGT Chris Sibell- Security lead vehicle
SGT Mathew Beck- Driver second vehicle
SPC Alvin Johnson- A-driver second vehicle
SGT Joe Goacher- Driver third vehicle
SGT Jeremy Martin- A-driver third vehicle
SGT Chris Coraggio- Security third vehicle
SPC Kristy Lewis- Security third vehicle
1LT Brad Bunn- OIC, Security third vehicle

SPC Justin Lambert