Circle the appropriate copy designator

| Copy 1 | Copy 2 | Copy 3 | Copy 4 |

## PERSONNEL ACTION

For use of this form, see AR 600-8-6 and DA PAM 600-8-21; the proponent agency is ODCSPER

### DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** Title 5, Section 3012; Title 10, USC, E.O. 9397.

**PRINCIPAL PURPOSE:** Used by soldier in accordance with DA PAM 600-8-21 when requesting a personnel action on his/her own behalf *(Section III)*.

**ROUTINE USES:** To initiate the processing of a personnel action being requested by the soldier.

**DISCLOSURE:** Voluntary. Failure to provide social security number may result in a delay or error in processing of the request for personnel action.

| 1. THRU *(Include ZIP Code)*<br>CHANNELS | 2. TO *(Include ZIP Code)*<br>COMMANDER<br>WYARNG<br>5500 BISHOP BLVD<br>CHEYENNE, WY 82009 | 3. FROM *(Include ZIP Code)*<br>COMMANDER<br>115TH FIELD ARTILLERY BRIGADE<br>5550 BISHOP BLVD.<br>CHEYENNE, WY 82009 |

### SECTION I - PERSONAL IDENTIFICATION

| 4. NAME *(Last, First, MI)*<br>BUNN BRADLEY  W | 5. GRADE OR RANK/PMOS/AOC<br>O3 / 11A | 6. SOCIAL SECURITY NUMBER<br>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 |

### SECTION II - DUTY STATUS CHANGE *(AR 600-8-6)*

7. The above soldier's duty status is changed from _____ to

_____ effective _____ hours, _____ _____

### SECTION III - REQUEST FOR PERSONNEL ACTION

8. I request the following action: *(Check as appropriate)*

| | | | | |
|---|---|---|---|---|
| Service School *(Enl only)* | Special Forces Training/Assignment | | Identification Card | |
| ROTC or Reserve Component Duty | On-the-Job Training *(Enl only)* | | Identification Tags | |
| Volunteering For Oversea Service | Retesting in Army Personnel Tests | | Separate Rations | |
| Ranger Training | Reassignment Married Army Couples | | Leave - Excess/Advance/Outside CONUS | |
| Reassignment Extreme Family Problems | Reclassification | | Change of Name/SSN/DOB | |
| Exchange Reassignment *(Enl only)* | Officer Candidate School | ×  | Other *(Specify)*<br>Combat Action Badge | |
| Airborne Training | Asgmt of Pers with Exceptional Family Members | | | |

| 9. SIGNATURE OF SOLDIER *(When required)* | 10. DATE *(YYYYMMDD)* |

### SECTION IV - REMARKS *(Applies to Sections II, III, and V)  (Continue on separate sheet)*

1. REQUEST THAT CPT BRADLEY W. BUNN BE AWARDED THE COMABT ACTION BADGE FOR PERSONALLY BEING ENGAGED BY AND ENGAGING THE ENEMY.

2. THE FOLLOWING INFORMATION IS PROVIDED

    A. DATE OF INCIDENT - 23 AUGUST 2003

    B. LOCATION OF INCIDENT - EASTERN EDGE OF AL HAWIJA, IRAQ (15 - 20 KM WEST OF HWY 1)

    C. SEE NARATIVE & EYE WITNESS STATMENTS

KENNETH L. REINER
LTC, FA, WYARNG
Commanding

EXHIBIT

G

### SECTION V - CERTIFICATION/APPROVAL/DISAPPROVAL

11. I certify that the duty status change *(Section II)* or that the request for personnel action *(Section III)* contained herein -

| HAS BEEN VERIFIED | RECOMMEND APPROVAL | RECOMMEND DISAPPROVAL | IS APPROVED | IS DISAPPROVED |

| 12. COMMANDER/AUTHORIZED REPRESENTATIVE<br>ED WRIGHT, MG, WYARNG, Commanding | 13. SIGNATURE | 14. DATE *(YYYYMMDD)* |

**DA FORM 4187, JAN 2000**   PREVIOUS EDITIONS ARE OBSOLETE   RCAS 9V1.000