# Progress Notes

```
AUTHOR: FRANTZ,DANIEL A        EXP COSIGNER:
URGENCY:                        STATUS: COMPLETED
```

Scheduled 55" appointment for medication check and therapy. Found that the trazodone resulted in almost too much sedation for sleep but has found that the citalopram has been very helpful in terms of sleep induction and is pleased with this change.  Also feels he is less irritable and perhaps has moderating his heightened anxiety since starting the medication 21 days ago.

Much of session spent continuing the exploring of issues that he feels need attention and this is primarily his relationship with his wife.  Feels that the relationship has been marginal for some time and the couple has gone to therapy in past with some changes on her part (Brad does not readily see many changes he was asked to make or did make in the past).

Spoke of feeling that he was happy serving in Iraq and enjoyed the camaraderie with the other solider and felt safe there.  Did not experience panic or heightened anxiety however now, back in Colorado, he has had near panic attacks when a truck backs into a dock resulting in a large "boom" and is apprehensive in traffic.  He does see himself as emotionally numb to his wife and, to a degree, to others in general.  Very much wants to keep his options open in terms of being redeployed to Iraq in the future.

c/o ████████████████████████ which he feels may be due to addition of citalopram.  Will switch to bupropion if this is still present in 4 weeks.

Denies presence of an acute crisis, would seek help should a crisis arise.

```
        AXIS I:         PTSD
                        Major Depression

        AXIS II:        None identified

        AXIS III:       s/p multiple arthroscopic exams

        AXIS IV:        problems moderating affect and anger

        AXIS V:         55

PLAN:   1) Continue
           citalopram 20 mg q hs for depression/PTSD-will probably switch
to bupropion at next visit due to █████ side effects.
           trazodone 50 mg q hs for sleep-not currently taking

        2) RTC 3/28/05@10:00 for medication check and therapy.

        3) Continue release of information to allow for free exchange of
information with Sandy Sup, Pathways 970-353-2000-original to chart.
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BUNN,BRADLEY WILLIAMSON<br>5512 GABRIEL DR<br>LOVELAND, COLORADO  80538 | Printed at CHEYENNE VA MEDICAL |

EXHIBIT

H

# Progress Notes

Patient agrees with above plan and appeared to understand basic patient teaching regarding his diagnosis and treatment including trazodone and the potential side effect of priapism and the need to seek prompt medical attention should such a crisis arise.

/es/ DANIEL A FRANTZ
Clinical Nurse Specialist-Greeley
Signed: 02/28/2005 10:23

---

 LOCAL TITLE: MENTAL HEALTH INTAKE AND ASSESSMENT
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: FEB 07, 2005@15:22      ENTRY DATE: FEB 07, 2005@15:22:45
      AUTHOR: FRANTZ,DANIEL A      EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED

PSYCHIATRIC INTAKE AND ASSESSMENT

IDENTIFYING DATA:      Patient Name:      BUNN,BRADLEY WILLIAMSON
                       Social Security:   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
                       Age:               38
                       Race:              WHITE
                       SC Status:         NSC/Care due to combat
                       Address: 811 12th St, Apt 4, Greeley, CO 80631
                       Phone Number:      970-978-7402

CHIEF COMPLAINT:

"I think I need to get in to talk to you."

HISTORY OF PRESENT ILLNESS:

Referred by Sandy Sup, LPC at Pathways for care.  Was referred to Sandy under company's health plan for evaluation of depression.  Sandy strongly suspects presence of PTSD resulting from his combat tour in Iraq.

Readily endorses experiencing symptoms of PTSD since returning from Iraq including vivid flashbacks (heart pounding and racing heart, diaphoresis), intrusive thoughts, issues of irritability with family members, hyperstartle responses in public and private, hypervigilance in public and private, lack of future orientation, emotional distance and numbing, and depressed mood including anergia and anhedonia, episodes of tearfulness and irritability, disrupted sleep, etc.  Denies experiencing any nightmares at night or any suicidal ideation.

Served in combat in Iraq, witnessed much destruction, was in combat and fired on enemy combatants and positions.

Since returning from Iraq feels that he is "different" and his wife has reportedly told him he is "a changed person" since returning.  Denies conflict prior to the war however has now separated from his wife and 4 children and is

---

# Progress Notes

living in an apartment.  Does not report significant changes at work but states he feels increasingly irritable there, as well.

MEDICAL INFORMATION: Is wishing to establish PCP through the Greeley CBOC

   Allergies:  No Known Allergies to Food or Medications

   Medications:  no medications for medical conditions however has taken Adderal 20-30 mg bid for ADHD for since 1991

Denies history of diabetes, hepatitis, seizures, cardiac or renal disease. Denies history of any serious accidents

Has had multiple surgeries on various joints including repair of right rotator cuff, both knees scoped for cartilage injuries.

SUBSTANCE USE/ABUSE:

Denies any history of alcohol abuse or illicit drug use

PAST/CURRENT PSYCHIATRIC TREATMENT:
   Inpatient:    Denies

   Outpatient:  Not obtained at this time.

SOCIAL/FAMILY HISTORY:

Married, 4 small children,

CULTURAL/SPIRITUAL FACTORS:

Describes his faith as being central to his managing his apprehension while in combat in Iraq.

MILITARY HISTORY:

Army 1994-current, executive officer, Iraq from 5/03-5/04, no disciplinary actions, highest rank, first lieutenant, inactive reserves for 7 years 6/97-5/02.

MENTAL STATUS:

Dressed in clean clothes, cooperative with interview, communicates thoughts in logical and coherent manner without pressuring of speech or gaps in responses, Denies any experiences or perceptions consistent with psychosis (no A/V hallucinations, delusional or paranoid thinking, etc.)  Affect: sad, Mood: depressed part of the day nearly every day.

Formal Mental Status Exam deferred due to time constraints.

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| BUNN,BRADLEY WILLIAMSON<br>5512 GABRIEL DR<br>LOVELAND, COLORADO  80538 | Printed at CHEYENNE VA MEDICAL |