# Progress Notes

Printed On Apr 27, 2021

```
        AXIS III:         s/p multiple arthroscopic exams

        AXIS IV:          PTSD symptoms, marital striff and divorce, job
                          uncertainty as he resigned his commision.
        AXIS V:           50
```

PLAN:  1)Cognitive behavioral therapy focusing on resolving marital striff, 2)PE Therapy for PTSD and 3)biofeedback to decrease feelings of anxiety and stress.

Patient agrees with above plan and appeared to understand basic patient teaching regarding his diagnosis.

/es/ DAVID E HILDEBRANDT
PSYCHOLOGIST
Signed: 09/10/2009 15:48

Receipt Acknowledged By:
09/11/2009 16:43       /es/ DANIEL A FRANTZ
                            Clinical Nurse Specialist-Greeley

```
 LOCAL TITLE: PSYCHIATRY GROUP THERAPY
STANDARD TITLE: PSYCHIATRY GROUP COUNSELING NOTE
DATE OF NOTE: AUG 25, 2009@16:52     ENTRY DATE: AUG 25, 2009@16:52:28
      AUTHOR: FRANTZ,DANIEL A     EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED
```

Scheduled 55" group therapy. Active group during which veterans described how their mistrust of authority had its origins in the military where some commanders placed troops at risk of harm unnecessarily in the group members' view and how this has complicated their lives in terms of employment and academic settings.

Axis I PTSD

Plan RTC for group therapy 9/8/09@14:30

/es/ DANIEL A FRANTZ
Clinical Nurse Specialist-Greeley
Signed: 08/25/2009 16:55

```
 LOCAL TITLE: PSYCHIATRY GROUP THERAPY
STANDARD TITLE: PSYCHIATRY GROUP COUNSELING NOTE
DATE OF NOTE: AUG 11, 2009@16:00     ENTRY DATE: AUG 12, 2009@08:01:33
      AUTHOR: FRANTZ,DANIEL A     EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED
```

Scheduled 55" group therapy. Focus of group continued with general theme of readjustment to civilian life with particular discussion about employment

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**
BUNN,BRADLEY WILLIAMSON
5512 GABRIEL DR
LOVELAND, COLORADO   80538

**VISTA Electronic Medical Documentation**
Printed at CHEYENNE VA MEDICAL



EXHIBIT
I