

# INMATE INCIDENT REPORT
## Bunn, Bradley 928612

| Corrections Incident ORI | Corrections Incident Global Subject Last Name | Corrections Incident Global Subject First Name | Corrections Incident Global Subject Jacket Number | Corrections Incident Occurred Date and Time | Corrections Incident Type | Corrections Incident Location | Corrections Incident Number | Corrections Incident Reported By | Corrections Incident Description |
|---|---|---|---|---|---|---|---|---|---|
| CO0180000 | BUNN | BRADLEY | 928612 | 03/03/2021 17:01:00 | INFORMATION | | 2021-00001753 | 0332 - BROPHY | On 3/3/21, Inmate Bradley BUNN (21-0755) divulged to Stacia with Mental Health that he had saved a guard from being killed in a former facility. This information fits the information we have from the US Marshals regarding BUNN's status as a potential witness in another case. Nothing Further CB 0332 |
| CO0180000 | BUNN | BRADLEY | 928612 | 03/04/2021 15:00:00 | INFORMATION | ▓ | 2021-00001774 | 1950 - KORSA | Today I, Deputy Korsa (OSN 1950), was assigned to ▓ Pod for my Detentions shift at the Douglas County Jail, when the following occurred: At 1500 hours (3:00 P.M.), Inmate Bunn, Bradley (21-0755) approached me at the Deputy station in ▓ in regards to a concern involving his cell mate ▓. Bunn told me the following in essence: - Bunn wanted to move to a different cell - Bunn was not getting along with ▓ very well - ▓ is a racist, and made some rude comments to Bunn - Bunn does not like bullies and will not stand for that type of disrespect - there is potential for violence between Bunn and ▓ - Bunn would prefer to avoid a fight with ▓. I agreed with Inmate Bunn that avoiding potential violence was a good idea and I informed him that I would look into possibly moving him out of cell ▓. At 1525 hours (3:25 P.M.), Corporal Herringshaw (OSN 1201) entered ▓ Pod for supervisor rounds. I asked Corporal Herringshaw for her opinion on which cell to move Bunn. Corporal Herringshaw and I decided that it would be best to move both Inmates out of cell ▓ and bunk them with new cell mates. Bunn was moved to cell ▓ with Inmate ▓ as his new cell mate. ▓ was moved to cell ▓ with Inmate ▓ ) as ▓ new call mate. Both Bunn and ▓ complied with my orders to move without incident. Nothing further at this time BK 1950 |
| CO0180000 | BUNN | BRADLEY | 928612 | 03/07/2021 13:54:00 | INFORMATION | | 2021-00001857 | 0566 - POLLARD | *** Inmate Authorized Hearing Device *** On 3/7/2021 Inmate Bradley Bunn sent a kite explaining that he had hearing loss and requesting eaphones for the phone. I confirmed with medical staff that Inmate Bunn has a hearing condition. I provided Inmate Bunn with a hearing assistive device, (Pocketalker 2.0). This unit has a palm-sized white main body that contains two "AAA" batteries and a black set of earbuds. He has been given permission to have this with him to use as he sees fit given his ADA hearing status. He understands that this is not to be lent to others, misused or damaged. He was warned that intentional damage could result in criminal charges. The device was labeled with his name. He should seek out a supervisor if he needs the batteries replaced. Please know that he is allowed to have this with him in his cell and it is not to be taken from him without first speaking with a Lieutenant. I function tested the device with Inmate Bunn and he said that he was able to hear me better. The device will need to be returned when Inmate Bunn leaves the facility. It has been added to his booking file "Possessions" as "On Person". Attached is a picture of the device as issued and Inmate Bunn with the device. Nothing Further. |
| CO0180000 | BUNN | BRADLEY | 928612 | 03/13/2021 15:15:00 | INFORMATION | ▓ | 2021-00002019 | 1972 - JACKSON | On 03/13/2021 I Deputy Jackson was assigned duties to ▓ when the following occurred: -At approximately 1515 Inmate Bunn, Bradley (DOB 06/02/1966) approached the deputy station and informed me that he needed to tell me something about another inmate in the pod. -Bunn went on to tell me that what he was about to tell me was a good thing. -Bunn explained that he is a certified reverend and, in his past, he worked in the army for 20 plus years and worked with their religious services. -Bunn told me that one of the other inmates in the pod has been in a gang ▓ entire life and is at the point in life where ▓ wants to get out of ▓ gang. -Bunn said that the gang is a very serious one and that he would like to help the inmate get out and accept god. -Bunn asked if there was a discrete place him and the other inmate could talk in private about region. -I told Bunn to kite programs to see if they could set up a meeting with Teague. -I then saw Bunn walk over to Inmate ▓ and talk to ▓. -Bunn then walked back over to the deputy station and told me that the other inmate is not comfortable with meeting outside the pod and would prefer to speak inside the pod in private. -With my past experiences with ▓ I know that ▓ is 211 Crew member and is often open with involvement in the gang. -I also know that Inmate ▓ who is in the pod is a 211 Crew member and ▓ and ▓ are often talking and hanging out together. -I told Bunn that he would have to meet with ▓ in the pod or wait to get something set up with the chaplain. -A little while later ▓ approached me and told me that ▓ didn't want me to rush to get approval because ▓ doesn't feel as if it is safe for ▓ to meet with any one today because ▓ doesn't want others to know what is going on. -I told ▓ I understood and that I would pass the information along. -A copy of this incident was emailed to detective Sanchez. Nothing further C. Jackson #1972 |

State of Colorado, County of Douglas
Certified to be a full, true, and correct copy of the original in my custody
Tony G Spurlock
Sheriff of Douglas County

By EAguilar 1733

Digitally signed by EAguilar 1733
DN: cn=EAguilar 1733, o, ou, email=eaguilar@dcsheriff.net, c=US
Date: 2021.05.14 15:33:24 -06'00'

2 Pages