

**DEPARTMENT OF VETERANS AFFAIRS**
Medical Center
2360 East Pershing Boulevard
Cheyenne, WY 82001

Date: March 3rd 2021

To Whom It May Concern:

I certify that "Captain" is a Shiloh Shepard trained to assist Mr. Bradley Bunn. DOB 6/2/1966, with his documented disability of Post Traumatic Stres Disorder (PTSD). DSM code 309.81

Thank you for your interest in assisting this Veteran.

Steven Burczyk MA. CRC
Vocational and Rehabilitation Counselor
Cheyenne VAMC, Cheyenne, WY.
Email address: steven.burczyk@va.gov

EXHIBIT K



**DEPARTMENT OF VETERANS AFFAIRS**
Medical Center
2360 East Pershing Boulevard
Cheyenne WY 82001

April 4, 2014

To Whom It May Concern:

The purpose of this letter is to provide clinical information on my patient Bradley Bunn DOB 06/02/66. Mr. Bunn is currently under my care at the Veteran's Affairs Medical Clinic in Fort Collins, CO. He has a diagnosis of Posttraumatic Stress Disorder (PTSD, DSM code 309.81).

Mr. Bunn has a service dog, "Captain" who is trained to assist him in navigating situations that generate severe hyper-vigilance/anxiety. The Veteran's ready access to his service dog is essential to his emotional well-being and part of his treatment. "Captain" is a Shiloh Shepherd and is 85lbs.

Thank You,

*[signature]*

A. Laurent, MD

VA Psychiatrist

CO DR License 49267, expires 04/30/2015

U.S. Department of Veterans Affairs
Cheyenne VA Medical Center

Amy J. Laurent, M.D.
Psychiatrist

2509 Research Blvd
Fort Collins, CO 80526
Phone: 970-224-1550
Fax: 970-407-7440



**DEPARTMENT OF VETERANS AFFAIRS**
Medical Center
2360 East Pershing Boulevard
Cheyenne WY 82001

DEPARTMENT OF VETERANS AFFAIRS                              MEMORANDUM

**DATE:**   September 25, 2012

**FROM:**   Dan Frantz, RN,MS,CS

**SUBJ:**   Bunn, Bradley

**TO:**     Whom it may concern

This is being released to Mr. Bunn for his use.

Mr. Bunn is presently treated at the Fort Collins (Colorado) Veteran's Affairs Medical Clinic for a number of conditions, including Post Traumatic Stress Disorder (P.T.S.D.) which is quite disabling. He has secured a service dog to assist him in navigating situations that would normally generate crippling anxiety. The veteran's ready access to his service dog is essential to the veteran's emotional well being.

Sincerely,

Dan Frantz, RN,MS,CS
Colorado Nursing License: 65156, expires 9/30/2014
Fort Collins Vet Center
702 West Drake, Building C
Fort Collins, CO 80526
970-221-5176



**DEPARTMENT OF VETERANS AFFAIRS**
Medical Center
2360 East Pershing Boulevard
Cheyenne WY 82001

DEPARTMENT OF VETERANS AFFAIRS                         MEMORANDUM

DATE:     December 7, 2011

FROM:     Dan Frantz, RN,MS,CS

SUBJ:     Bunn, Bradley

TO:       Whom it may concern

This is being released to Mr. Bunn for his use.

Mr. Bunn is presently treated at the Greeley Veteran's Affairs Medical Clinic for a number of conditions, including Post Traumatic Stress Disorder (P.T.S.D.) which is quite disabling. He has secured a service dog to assist him in navigating situations that would normally generate crippling anxiety. The veteran's ready access to his service dog is essential to the veteran's emotional well being.

Sincerely,

Dan Frantz, RN,MS,CS
VA Clinic
2001 70th Ave, Suite 200
Greeley, CO 80634
970-313-0027