03/30/2021

The Presiding Judge
Colorado Federal Court

Your Honor,

My name is Miguel Montoya of 408 Chestnut Drive   Loveland, CO. I operate as Biz Assist,
LLC and endeavor assisting remodelers, General Contractors and property owners with
residential space improvement and miscellaneous property tasks.

I have known Bradley Bunn (Brad) of 5512 Gabriel Drive  Loveland, CO for some 4 or more
years as a neighbor and friend. I have assisted him on a work project or two as well as spent
time with him, on a handful of occasions, after work hours grilling and winding down from the
week.

Some months ago, I came to some understanding of the charges against Brad. I am certain that
he takes these charges seriously.

During the times I have spent around Brad I observed a father who is saddened, especially
around the holidays, by the minimal amount of contact with his children. Out of respect for
their situation, I declined ever asking any additional details around this.

Otherwise, I know Brad as a man with an attention for detail who values an excellent job done.
Our conversations ranged from family, to work, to maintaining a preparedness mindset (in
general), to the value of rediscovering / maintaining a belief and relationship with God. Never
in our interactions did I perceive Brad as having an intention or desire to hurt innocent people.

Should the opportunity exist that Brad may be released sooner than later, I for one would be
glad that it came to be.

Thank you for your time.

Respectfully,

Miguel A. Montoya

# Lindsay Flanigan

5512 Gabriel Drive, Loveland, CO 80538 |

(970) 744-0253 | lindsay_flanigan@hotmail.com

Dear Honorable Judge,

I am writing this letter given the sentence that my friend Bradley Bunn is being charged with.    I have known Bradley for over 5 years--we met because he lives across the street from my sister and brother-in-law.

In all my years of knowing Bradley, I would like to state that he has been a gentlemen: he has been kind to me and others in helping to make and fix furniture, etc at no cost or for a minimal fee.    We first met because I was house sitting for my sister while they were on vacation--one day after work Bradley knocked on the door to make sure I did not need anything. He is one of the kindest, most caring people I have ever met.    After this first meeting, I would see him occasionally if I was visiting my sister.    He would always say hello and ask me how I was doing, how work was, etc.    For a time, we even ended up going to the same church.

Bradley's close neighbors and friends have been worried about him since he has been in jail.    Please look at all the facts in this case before you make your final verdict.    I can vouch for Bradley's character as being a kind and caring person.    I would request you to consider this character letter before finalizing on any verdict.    If needed, I am free to be contacted for any further details.

Thank you,

Lindsay Flanigan

Trace Taylor
628 Walnut Street
Windsor CO 80550
(303)512-3499
tracetaylor@live.com

Dear Honorable Judge,

I am writing this letter on behalf of Bradley Bunn who is due to appear before you for sentencing. My name is Trace Taylor, I'm fifty years old and have been a resident of Colorado since 2013.  I have one awesome daughter who is engaged to be married this coming October. I have a PhD in anthropology and am currently employed as a consultant for Northstar Publishing.

I met Bradley in 2015 after my father introduced us. We initially became good friends, then started dating. We are engaged to be married upon his release.

My dad was in the process of building a log cabin home in Pierce CO and was living with me in Windsor until such time his house was finished. Bradley is a very skilled and talented carpenter, and my dad hired him to work on the new house. Which is how we met.

During the process of building his new home my father contracted West Nile Virus and became deathly ill. He spent two weeks in the ICU,  and another twenty one days on the recovery floor at Medical Center of the Rockies. The day my dad was hospitalized, all construction on his home came to a halt as my father had been acting as general contractor on the project. Without his direction no one really knew what to do. My sisters and I were of no help as none of us know a darn thing about the construction process.

Bradley kindly stepped in and took over for my dad, managing the build and all the sub contractors. This was a huge blessing as my father had been so concerned and stressed out about what was, or rather wasn't happening at the new house, his doctors became concerned it would impede his recovery.

Bradley was professional and honest in his dealings. He is not only a talented carpenter, but an excellent leader. By the time I was able to bring my dad home from the hospital we were surprised and thrilled to find things were ahead of schedule at the new house.

As I have gotten to know Bradley over the past 5-6 years I have come to realize it is not unusual for him to offer help to those around him. He is the "go to guy" in his neighborhood when someone needs help. Whether it's a kid that needs air in their bike tires, or an elderly person needing help to repair something in their home or garden, Bradley is always willing to help.

He is not one to point out his accomplishments or achievements. He is humble and never expects anything in return for helping out. I have seen him give ridiculously low bids to people for work they

need done because he knows they are short on funds. But he doesn't want them to be embarrassed or see them go without. He truly is one of the most generous people I know.

Something about Bradley I would like the court to know, is one of the things I think he is most proud of. He served honorably in both the Navy and the Army. He then went on to serve in the Army National Guard. He was injured during the course of his service and received an honorable discharge. After returning home he was classified as disabled as a direct result of the injuries he sustained during his service.

Bradley trained the most amazing service dog called Captain (a 140 lb Shiloh Shepard) to assist him in his daily life. This dog was a gentle giant who was loved by everyone he came in contact with. I think it's a excellent indication of Bradley's good character to have trained a dog to be so disciplined and well behaved but also friendly and loving. Captain had an interesting effect on the people he came in contact with. He had a way of drawing people in and making them laugh. He had a huge personality and a loving spirit. I'm absolutely convinced that it was Bradley's training and the loving way he cared for Captain that made him so extraordinary.

I was honored to care for Captain whilst Bradley has been incarcerated. Unfortunately, Captain passed away in his sleep on March 24.  Bradley's attorney worked with the jail and they kindly allowed Bradly to have a face to face visit with Captain after it became clear his health was failing. I think Captain just needed to see Bradley one last time and see that he was okay, as he died shortly after their visit. I know this has weighed heavily on Bradley and he feels a tremendous amount of guilt knowing that because of the choices he made he wasn't there for Captain at the end of his life.

I humbly ask the court to show compassion and as much leniency as possible when handing down a sentence. Bradley is a good man. He has so many people who love and care for him waiting for him to come home. We are all willing to do whatever is necessary to help Bradley put this behind him and move forward with his life.

Thank you taking the time to read my letter, if I can provide additional information or answer any questions please don't hesitate to contact me at your convenience.


Respectfully,

Trace Taylor