IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00158-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    BRADLEY BUNN,

    Defendant.

## GOVERNMENT'S AMENDED RESPONSE TO DEFEDNANT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT [Docs. 84 and 90]

The United States of America respectfully submits this Amended Response to the Defendant's Objections to the Presentence Report [Docs. 84 and 90], withdrawing opposition and as to Defendant's Objection #2.

1. **Objection # 1 Should be Overruled as Moot**.

Mr. Bunn objects to draft paragraphs 6 and 7 for lacking context about his adjustment to incarceration and his citation for being involved in a fight.  In response, the Probation Officer provided sufficient context.  Therefore, the Government submits that this objection is moot and should be overruled.

2. **The Government Withdraws its Opposition as to Objection # 2 and is not seeking an upward departure**

Mr. Bunn's second objection concerns draft paragraphs 125 through 128.   His objection appears to have two parts.  First, he disagrees with how the Probation Officer chose to apply applicable departure provisions.  Second, he argues that the Court does

not have authority to depart under § 5K2.14 (Public Welfare).  The government's original response opposed the defendant's objection.  Doc. 90.  The plea agreement in this case specifically states that the government "agrees that it will recommend a sentence of imprisonment that is within the advisory guideline range that is calculated by the Court."  Doc. 78.  The plea agreement is silent about the government's position regarding any upward departures or variances.  Yet the same plea agreement does not include any potential upward departures in the proposed guideline calculations.

   Undersigned counsel replaced the original AUSA in this case after the negotiation and entry of the plea agreement when the original AUSA left the U.S. Attorney's Office for other employment. After the filing of the Government Response to the Defendant's Objections, Doc. 90, defense counsel contacted undersigned counsel and stated that her understanding from the original AUSA was that the government would not be seeking an upward departure, even though the plea agreement does not address the issue.  Undersigned counsel contacted the original AUSA who negotiated the plea agreement; and, indicated that it would be his intention not to seek an upward departure or variance.  Accordingly, the government <u>will not</u> be seeking an upward departure or variance and respectfully withdraws its opposition to Defendant's Objection #2.

   **3. Objections # 3 and 4 Should be Overruled as Moot**.

   Mr. Bunn objects to draft paragraphs 22 and 59 for "Speculation" and "Inclusion of Prejudicial and Extraneous Information" about the defendant's relationships with both Mr. Chevy McGee and Ms. Mikal Trace Taylor.  Paragraph 22 describes the defendant's

association with Mr. McGee, a like-minded person as it relates to his intentions in possessing weapons and destructive devices.  Thus, the information is relevant for the court's consideration pursuant to the factors enumerated in 18 U.S.C. § 3553(a)(1).  Similarly, paragraph 59 describes the defendant's relationship with a person he described at one point as his fiancé, Ms. Taylor.  This too is relevant for the court's consideration pursuant to the factors enumerated in 18 U.S.C. § 3553(a)(1).  Therefore, the Government submits that these objections are moot and should be overruled.

## CONCLUSION

For the foregoing reasons, the Government asks the Court to overrule Mr. Bunn's Objections #1, #3 and #4 and withdraws its opposition to Objection #2.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

By:  *s/ Gregory A. Holloway*
Gregory A. Holloway
Assistant U.S. Attorney
United States Attorney's Office
1801 California, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: gregory.holloway@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2021, I electronically filed the foregoing **GOVERNMENT'S AMENDED RESSPONSE TO DEFEDNANT'S OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

   Lisa A. Polansky
   Attorney for Defendant


                                   By: *s/Maureen Carle*