**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 20-cr-00158-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRADLEY BUNN,

    Defendant.

---

**ORDER**

---

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Christine M. Arguello, United States District Judge, on October 13, 2021, it is hereby

ORDERED that Defendant Bradley Bunn is sentenced to **TIME SERVED.**

DATED:  October 13, 2021.

                BY THE COURT:

                *[signature]*
                CHRISTIME M. ARGUELLO
                United States District Judge